FILED

11/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0539

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0539

RAS JAHMIKES MATTA,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Plaintiff and Appellee.

FILED

NOV 2 4 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant has filed a Motion to Dismiss in this matter. Good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED, and this matter is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Clerk shall give notice of this Order to Ras Jahmikes Matta and to all counsel of record.

DATED this 23rd day of November, 2021.

For the Court,

_____
Justice